## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINA MERCEDES GUYTON,      :
    Plaintiff,                   :
                                 :
    v.                          :       CIVIL ACTION NO. 18-CV-2592
                                 :
BERKSHIRE HATHAWAY        :
HOME SERVICES, *et al.*,       :
    Defendants.             :

## <u>ORDER</u>

AND NOW, this 27th day of September, 2018, upon consideration of Plaintiff Regina Mercedes Guyton's *pro se* Complaint (ECF No. 2) and request for reconsideration (ECF No. 10), seeking reconsideration of the Court's July 31, 2018 Order dismissing this action without prejudice for failure to prosecute, it is **ORDERED** that:

1.      The request for reconsideration is **GRANTED**.

2.      The Clerk of Court is **DIRECTED** to reopen this case.

3.      The Court's July 31, 2018 Order is **VACATED**.

4.      Leave to proceed *in forma pauperis* is **GRANTED**.

5.      The Complaint is **DEEMED** filed.

6.      The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

7.      Guyton is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief.  Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant.  Any amended complaint must be a complete document that describes in detail the basis for

Guyton's claims against each defendant.  If Guyton files an amended complaint, the Clerk shall not make service until so **ORDERED**.

8.      The Clerk of Court is **DIRECTED** to send Guyton a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.  Guyton may use this form to prepare her amended complaint.

9.      If Guyton fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**


*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**