# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| REGINA MERCEDES GUYTON, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2592 |
| | : | |
| BERKSHIRE HATHAWAY | : | |
| HOME SERVICES, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 23rd day of October, 2018, upon consideration of *pro se* Plaintiff Regina Mercedes Guyton's Amended Complaint (ECF No. 13), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Guyton's claims brought pursuant to federal law are **DISMISSED with prejudice**. Any state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Guyton may not file a second amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            */s/ Gerald J. Pappert*
                                            **GERALD J. PAPPERT, J.**